# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | **Chapter 7** |
| **Glenn Schroeder,** | ) | |
| | ) | **Bankruptcy Case 11 B 43619** |
| | ) | **Honorable** |
| **Debtor(s).** | ) | **Judge Jacqueline P. Cox** |
| | ) | |
| | ) | |

## ORDER REGARDING REAFFIRMATION AGREEMENT

On December 28, 2011 a reaffirmation(s) agreement between the debtor(s)and TD Auto Finance LLC, docket entry no.17 was filed with the Court.

IT IS HEREBY ORDERED that:

1.  The Court hereby finds that the presumption of undue hardship **is rebutted** .

**Dated:**  January 10, 2012

**ENTERED:**

_Jacqueline P. Cox_

**Judge Jacqueline P. Cox**
**United States**
**Bankruptcy Judge**